**Order filed December 15, 2020.**



**In The**

# 𝔉ourteenth Court of Appeals

————————

**NO. 14-20-00252-CV**

————————

## IN THE MATTER OF THE MARRIAGE OF MAYRA LIZABETH RAMIREZ CARBAJAL AND VINCE CASIMIR

**On Appeal from the 507th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-80554**

## ORDER

Appellant's brief was originally due August 6, 2020. We granted an extension of time to file appellant's brief until October 5, 2020. By October 13, 2020, appellant had not filed a brief. On that date, we issued an order stating that we would dismiss this appeal for want of prosecution unless appellant filed a brief by November 4, 2020. The same day, October 13, 2020, appellant filed a motion to extend time to file his brief. We granted an extension until December 7, 2020. When we granted the extension, we noted that no further extensions would be granted absent exceptional circumstances.

As of today, appellant has not filed a brief. We order appellant to file a brief with the clerk of this court on or before **January 6, 2021**. If appellant does not

timely file the brief as ordered, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel Consists of Justices Bourliot, Zimmerer, and Spain.